UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GRAYER

VERSUS

DEPARTMENT OF PUBLIC
SAFETY AND CORRECTIONS, ET AL.

CIVIL ACTION

20-729-SDD-SDJ

## RULING

The Court has carefully considered the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson, dated January 15, 2021, to which no objection was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's herein.

**ACCORDINGLY**, the Court declines to exercise supplemental jurisdiction over any potential state law claims, and this action is hereby DISMISSED WITH PREJUDICE for failure to state a claim upon which relieve may be granted, pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

*Judgment* will be entered accordingly.

Signed in Baton Rouge, Louisiana on March 2, 2021.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 4.